UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEREMY SANDY WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN PARTIES,<br><br>  Defendants. | No. 1:25-cv-00799 GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff has not paid the $405.00 filing fee, nor submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action.

3. Within thirty days (30) days from the date of service of this order, Plaintiff shall also submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.

1

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 3, 2025**         **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2