**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEREMY SANDY WILLIAMS, named as GEREMY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN PARTIES,<br><br>Defendants. | Case No. 1:25-cv-00799 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 8) |

Geremy Williams asserts that he suffered a violation of his civil rights while housed at Mendota F.C.I. (*See generally* Doc. 1.) However, Plaintiff did not pay the filing fee when he filed the complaint. Therefore, the Court ordered Plaintiff to pay the filing fee or apply to proceed *in forma pauperis* when he filed the complaint. (Doc. 6.) After Plaintiff failed to take either action, the magistrate judge found Plaintiff failed to prosecute the action and failed to obey the Court's order. (Doc. 8 at 1, 2.) The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987). (*Id.* at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the action. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 8 at 4.) The Court advised him that the "failure to

1

file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 13, 2025 (Doc. 8) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice for failure to prosecute and failure to obey the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 9, 2025**

UNITED STATES DISTRICT JUDGE

2